## Meyercord Company *v.* Gwilliam Manufacturing Company, Appellant (No. 2).

Argued November 13, 1924. Appeal, No. 234, Oct. T., 1924, by defendant, from judgment of Municipal Court of Philadelphia, March T., 1924, No. 1420, making absolute rule for judgment for want of a sufficient affidavit of defense in the case of The Meyercord Company v. The Gwilliam Manufacturing Company, a corporation. Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

Assumpsit on written contract. Before BROWN, J.

Rule for judgment for want of a sufficient affidavit of defense.

The court made absolute the rule. Defendant appealed.

*Error assigned* was the decree of the court.

*Harry M. Miller,* for appellant.

*James Yearsley,* and with him *Illoway & Felix,* for appellee.

OPINION BY GAWTHROP, J., February 27, 1925:

This case was argued with the appeal of the plaintiff in The Meyercord Co. v. The Gwilliam Manufacturing Co., to No. 200, October Term, 1924. In that case the question involved was whether it was error to refuse to enter judgment for want of a sufficient affidavit of defense. In this, in which the controlling facts do not differ from the facts in the former case, the court below entered judgment for the plaintiff for want of a sufficient affidavit of defense. For the reasons stated in an opinion this day filed in the former case, the judgment is affirmed.